BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALBIR SINGH, | ) |
| | ) Case No.: 1:15-CV-315 MJS |
| Plaintiff, | ) |
| | ) **Joint Stipulation and Order re: Extension** |
| v. | ) **of Time** |
| | ) |
| ERIC H. HOLDER, Jr., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

This is an immigration case in which Plaintiff alleges that Defendants have failed to make a determination on his I-130 petition for alien relative. The parties stipulate to a 90-day extension of time for the government to file its answer to the complaint. Plaintiff has recently been issued a Request for Evidence at the administrative level; the response is due on June 20, 2015. Because of the possibility that this matter will thereafter be resolved on the administrative level, the parties agree to a 90-day extension of time.

Dated: April 7, 2015                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Audrey B. Hemesath
                                        AUDREY B. HEMESATH
                                        Assistant U.S. Attorney

1

DATED: April 7, 2015                    Respectfully submitted,
                                        /s/ James Makasian
                                        James Makasian
                                        Attorney for the Plaintiff

## ORDER

The time for the government to answer the complaint is extended to August 1, 2015. The status conference re magistrate consent currently set for May 28, 2015, is CONTINUED and will now be held on September 3, 2015, at 10:30 a.m.

DATED:  4/8/2015                        /s/ MICHAEL J. SENG
                                        UNITED STATES MAGISTRATE JUDGE