**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BALBIR SINGH,** | **1:15-cv-315-LJO-MJS** |
| **Plaintiff,** | **ORDER RE STIPULATION TO DISMISS (DOC. 10)** |
| **v.** | |
| **ERIC H. HOLDER, JR., et al.,** | |
| **Defendants.** | |

On July 6, 2015, the parties filed a stipulation to dismiss with prejudice this entire action.[1] Doc. 10 at 1. Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

1.    DISMISSES without prejudice this entire action and all claims;

2.    VACATES all pending dates and matters; and

3.    DIRECTS the clerk to close this action.

Pursuant to the parties' stipulation, each side shall bear its own costs of litigation.

IT IS SO ORDERED.

Dated:   **July 9, 2015**                                      **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE

---

[1] The Court construes the parties' stipulation to have been brought under Fed. R. Civ. P. 41(a)(1)(A)(ii).